JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, | CV 21-00347 PA (PVCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WILKINS INVESTMENT GROUP, LLC, | |
| Defendant. | |

Pursuant to the Court's March 9, 2021 Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 9, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE